IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JAMES PIERCE, §
§
Movant, §
§
v. §                    1:25-CV-1588-RP
§                    [1:24-CR-229-RP]
UNITED STATES OF AMERICA, §
§
Respondent. §

## ORDER

Before the Court is Movant James Pierce's ("Pierce") Motion to Vacate, Set Aside, or Correct pursuant to 28 U.S.C. § 2255. (Dkt. 65). The case was referred to United States Magistrate Judge Mark Lane for findings and recommendations, pursuant to 28 U.S.C. § 636(b). Judge Lane filed his Report and Recommendation on April 28, 2026. (Dkt. 71). In his Report and Recommendation, Judge Lane recommends that the Court deny Pierce's motion for failure to show ineffective assistance of counsel. (*Id.* at 7–10). Pierce received the Report and Recommendation on May 6, 2026. (Dkt. 73). As of the date of this order, Pierce has not filed any objections to the Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

1

Because no party has filed timely objections, the Court reviews the Report and Recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the Report and Recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 71), is **ADOPTED**. **IT IS ORDERED** that Pierce's Motion to Vacate, Set Aside, or Correct pursuant to 28 U.S.C. § 2255, (Dkt. 65), is **DENIED**. **IT IS FURTHER ORDERED** that Pierce's Motion to Expedite, (Dkt. 69), is **MOOT**.

It is **FINALLY ORDERED** that a certificate of appealability is **DENIED**.

**SIGNED** on May 28, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2